UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

IVEE MARCELLA R.,

                      Plaintiff,

v.                                                   3:19-CV-0996
                                                  (ML)

ANDREW M. SAUL,
Commissioner of Social Security Administration,

                      Defendant.
_____

APPEARANCES:                                     OF COUNSEL:

OLINSKY LAW GROUP                      HOWARD D. OLINSKY, ESQ.
  Counsel for the Plaintiff
250 South Clinton Street, Suite 210
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION      STEWART AMELIA, ESQ.
  Counsel for the Defendant                      Special Assistant United States
J.F.K. Federal Building                              Attorney
15 New Sudbury Street
Boston, Massachusetts 02203

MIROSLAV LOVRIC, United States Magistrate Judge

## CONSENT ORDER TO REMAND PURSUANT
## TO SENTENCE 4 OF 42 U.S.C. § 405(g)

      This matter having been opened to the Court by GRANT C. JAQUITH, United States

Attorney for the Northern District of New York, and Stewart Amelia, Special Assistant United

States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to

the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action,

including a hearing before an Administrative Law Judge and the issuance of a new decision, may

be taken; and Plaintiff, through counsel Howard D. Olinsky, having consented to the within

order and the requested remand (Dkt. No. 12), and the Court having considered the matter,

IT IS on this 17th day of January, 2020,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: January 17, 2020
   Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge